MCGREGOR W. SCOTT
United States Attorney
HEIKO P. COPPOLA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2770

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. S-06-194 LKK |
| )<br>Plaintiff, )<br>) | |
| v. ) | ORDER EXCLUDING TIME |
| )<br>NABIL AL ROWAIS, )<br>) | |
| Defendant. )<br>_____) | |

Time beginning June 13, 2006 and extending through July 11, 2006 is ordered excluded from the calculation of time under the Speedy Trial Act. The ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. 3161(h)(8)(B)(iv). Specifically, counsel needs additional time to review the discovery that has been provided in this matter. The Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. 3161(h)(8)(A). The

///

///

1  defendant is aware of this request and agrees it is necessary and
2  appropriate.
3
4  Dated: June 15, 2006
   _____
5  LAWRENCE K. KARLTON
   SENIOR JUDGE
6  UNITED STATES DISTRICT COURT