```
QUIN DENVIR, Bar No. 49374
ROTHSCHILD WISHEK & SANDS LLP
901 F Street, Suite 200
Sacramento, CA 95814
(916) 444-9845
```

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>NABIL A. AL ROWAIS,<br><br>            Defendant. | No. CR S-06cr0194 LKK<br><br>**STIPULATION AND ORDER** |

Plaintiff United States of America, by its counsel, Assistant United States Attorney Heiko Coppola, and defendant Nabil Al Rowais, by his counsel, Quin Denvir, Attorney at Law, hereby stipulate and agree that the status conference currently calendared for July 11, 2006 should be continued to August 29, 2006 at 9:30 a.m.

The parties further agree that time should be excluded to and including August 29, 2006 under Local Code T-4 for attorney preparation. Defense counsel requires additional time in which

to consult with an expert and to discuss the future of the case further with his client.

```
                                    Respectfully submitted,

                                    MACGREGOR SCOTT
                                    United States Attorney


DATED:  July 5, 2006                /s/ Quin Denvir
                                    Telephonically authorized to sign
                                    for HEIKO COPPOLA
                                    Assistant U. S. Attorney




DATED:  July 5, 2006                /s/ Quin Denvir
                                    QUIN DENVIR
                                    Attorney at Law
                                    Attorney for Defendant
                                    Nabil Al Rowais
```

**O R D E R**

FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED.

```
DATED:  July 6, 2006                /s/ Lawrence K. Karlton
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT
```