QUIN DENVIR, Bar No. 49374
ROTHSCHILD WISHEK & SANDS LLP
901 F Street, Suite 200
Sacramento, CA 95814
(916) 444-9845

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR S-06-0194 LKK |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER** |
| NABIL A. AL ROWAIS, | |
| Defendant. | |

    Plaintiff, by its counsel, Assistant United States Attorney Heiko Coppola, and defendant, by his counsel, Quin Denvir, Attorney at Law, hereby stipulate and agree that the status conference currently calendared for August 29, 2006 should be continued to Tuesday, October 11, 2006 at 9:30 a.m.

    The parties further agree that time should be excluded under Local Code T-4 to and through October 11, 2006.  The government is arranging for the defense to inspect physical

U.S. v. Al Rowais 06cr0194 LKK
Stip/Proposed Order

1

evidence.  A defense expert is out of the country for more than a month.

                                          Respectfully submitted,

                                          MACGREGOR SCOTT
                                          United States Attorney

DATED:   August 21, 2006        /s/ Quin Denvir
                                          Telephonically authorized to sign
                                          for HEIKO COPPOLA
                                          Assistant U. S. Attorney


DATED:   August 21, 2006        /s/ Quin Denvir
                                          QUIN DENVIR
                                          Attorney at Law
                                          Attorney for Defendant
                                          Nabil Al Rowais


## O R D E R

    FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.  THE COURT FINDS THAT THE ENDS OF JUSTICE ARE SERVED BY EXCLUDING SUCH TIME, AND THAT THE INTERESTS OF JUSTICE SERVED BY GRANTING THIS CONTINUANCE OUTWEIGH THE BEST INTERESTS OF THE PUBLIC AND THE DEFENDANT IN A SPEEDY TRIAL.


DATED:   August 23, 2006

                                          LAWRENCE K. KARLTON
                                          SENIOR JUDGE
                                          UNITED STATES DISTRICT COURT