QUIN DENVIR, Bar No. 49374
ROTHSCHILD WISHEK & SANDS LLP
901 F Street, Suite 200
Sacramento, CA 95814
(916) 444-9845

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR S-06-0194 LKK |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND ORDER** |
| NABIL A. AL ROWAIS, | ) | |
| Defendant. | ) | |

    Plaintiff, by its counsel, Assistant United States Attorney Heiko Coppola, and defendant, by his counsel, Quin Denvir, Attorney at Law, hereby stipulate and agree that the status conference currently calendared for October 11, 2006 should be continued to Tuesday, November 7, 2006 at 9:30 a.m.

    The parties further agree that time should be excluded to and including November 7, 2006 under Local Code T-4 for attorney preparation.  The parties require additional time in which to

attempt to reach a resolution.  Government counsel will be out of town for a week.

                                      Respectfully submitted,

                                      MACGREGOR SCOTT  
                                      United States Attorney

DATED:   October 6, 2006        /s/ Quin Denvir  
                                    Telephonically authorized to sign  
                                      for HEIKO COPPOLA  
                                      Assistant U. S. Attorney

DATED:   October 6, 2006        /s/ Quin Denvir  
                                    QUIN DENVIR  
                                    Attorney at Law  
                                    Attorney for Defendant  
                                    Nabil Al Rowais

**O R D E R**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

DATED:   October 6, 2006

                                LAWRENCE K. KARLTON  
                                  SENIOR JUDGE  
                                  UNITED STATES DISTRICT COURT