QUIN DENVIR, Bar No. 49374
ROTHSCHILD WISHEK & SANDS LLP
901 F Street, Suite 200
Sacramento, CA 95814
(916) 444-9845

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,    )
                             ) No. CR S-06-0194 LKK
        Plaintiff,           )
     v.                      ) **STIPULATION AND**
                             ) **ORDER**
NABIL A. AL ROWAIS,          )
                             )
        Defendant.           )
_____)

     Plaintiff, by its counsel, Assistant United States Attorney Heiko Coppola, and defendant, by his counsel, Quin Denvir, Attorney at Law, hereby stipulate and agree that the status conference currently calendared for November 7, 2006 should be continued to Tuesday, December 5, 2006 at 9:30 a.m.

     The parties further agree that time should be excluded under Local Code T-4 to and through December 5, 2006.  The government is preparing a proposed plea agreement.  When

received, defense counsel will require adequate time to review it and then discuss it with the defendant.

```
                                Respectfully submitted,

                                MACGREGOR SCOTT
                                United States Attorney


DATED:  November 1, 2006        /s/ Quin Denvir
                                Telephonically authorized to sign
                                for HEIKO COPPOLA
                                Assistant U. S. Attorney




DATED:  November 1, 2006        /s/ Quin Denvir
                                QUIN DENVIR
                                Attorney at Law
                                Attorney for Defendant
                                Nabil Al Rowais
```

**O R D E R**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

DATED:  November 2, 2006

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT