QUIN DENVIR, Bar No. 49374
ROTHSCHILD WISHEK & SANDS LLP
901 F Street, Suite 200
Sacramento, CA 95814
(916) 444-9845

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR S-06-0194 LKK |
| Plaintiff, ) | |
| v. ) | **STIPULATION AND ORDER** |
| NABIL A. AL ROWAIS, ) | |
| Defendant. ) | |

    Plaintiff, by its counsel, Assistant United States Attorney Heiko Coppola, and defendant, by his counsel, Quin Denvir, Attorney at Law, hereby stipulate and agree that the status conference currently calendared for December 5, 2006 should be continued to Tuesday, December 19, 2006 at 9:30 a.m.

    The parties further agree that time should be excluded under Local Code T-4 to and through December 19, 2006. The government is preparing a proposed plea agreement. When received, defense counsel will require adequate time to review

U.S. v. Al Rowais 06cr0194 LKK
Stip/Proposed Order

1

it and then discuss it with the defendant. Government counsel is out of the office on military duty.

                                  Respectfully submitted,

                                  MACGREGOR SCOTT
                                  United States Attorney

DATED:  November 30, 2006        /s/ Quin Denvir
                                  HEIKO COPPOLA
                                  Assistant U. S. Attorney


DATED:  November 30, 2006        /s/ Quin Denvir
                                  QUIN DENVIR
                                  Attorney at Law
                                  Attorney for Defendant
                                  Nabil Al Rowais


## O R D E R

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

Dated: December 1, 2006

                                  LAWRENCE K. KARLTON
                                  SENIOR JUDGE
                                  UNITED STATES DISTRICT COURT