QUIN DENVIR, Bar No. 49374
ROTHSCHILD WISHEK & SANDS LLP
901 F Street, Suite 200
Sacramento, CA 95814
(916) 444-9845

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,            )
                                     ) No. CR S-06-0194 LKK
            Plaintiff,               )
      v.                             ) **STIPULATION AND**
                                     ) **ORDER**
NABIL A. AL ROWAIS,                  )
                                     )
            Defendant.               )
_____)

    Plaintiff, by its counsel, Assistant United States Attorney Heiko Coppola, and defendant, by his counsel, Quin Denvir, Attorney at Law, hereby stipulate and agree that the status conference currently calendared for December 19, 2006 should be continued to Wednesday, January 3, 2007 at 9:30 a.m.

    The parties further agree that time should be excluded under Local Code T-4 to and through January 3, 2007.  The government has prepared a proposed plea agreement.  Defense counsel requires adequate time to review it and suggest

U.S. v. Al Rowais 06cr0194 LKK     1
Stip/Proposed Order

modifications. If and when a plea agreement is reached between counsel, defense counsel will require adequate time to discuss it with his client.

```
                                    Respectfully submitted,

                                    MACGREGOR SCOTT
                                    United States Attorney


DATED:   December 14, 2006          /s/ Quin Denvir
                                    HEIKO COPPOLA
                                    Assistant U. S. Attorney




DATED:   December 14, 2006          /s/ Quin Denvir
                                    QUIN DENVIR
                                    Attorney at Law
                                    Attorney for Defendant
                                    Nabil Al Rowais
```

**O R D E R**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

```
DATED:   December 3, 2006           /s/ Lawrence K. Karlton
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT
```