1 | McGREGOR W. SCOTT
United States Attorney
2 | HEIKO P. COPPOLA
Assistant U.S. Attorney
3 | 501 I Street, Suite 10-100
Sacramento, California 95814
4 | Telephone: (916) 554-2770

5

6

7

8 | IN THE UNITED STATES DISTRICT COURT FOR THE

9 | EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        )      CR. No. S-06-194-LKK
                                    )
12 |           Plaintiff,            )      PRELIMINARY ORDER OF
                                    )      FORFEITURE
13 |      v.                         )
                                    )
14 | NABIL A. AL ROWAIS,             )
                                    )
15 |           Defendant.            )
    _____)

16

17 |      Based upon the plea agreement entered into between plaintiff

18 | United States of America and defendant Nabil A. Al Rowais, it is

19 | hereby ORDERED, ADJUDGED AND DECREED as follows:

20 |      1.   Pursuant to 18 U.S.C. § 2253, defendant Nabil A. Al Rowais'

21 | interest in the following property shall be condemned and forfeited

22 | to the United States of America, to be disposed of according to law:

23 |           a.   A Panasonic video camera, and

24 |           b.   Two pairs of girls underwear.

25 |      2.   The above-listed property was used or intended to be used

26 | to commit or to promote the commission of a violation of 18 U.S.C. §

27 | 2423(b).

28 |      3.   Pursuant to Rule 32.2(b), the Attorney General (or a

1

1   designee) shall be authorized to seize the above-described property.

2   The aforementioned property shall be seized and held by the Bureau

3   of Customs and Border Protection, in its secure custody and control.

4        4.   a.   Pursuant to 18 U.S.C. § 2253(m)(1), and Local Rule

5   83-171, the United States forthwith shall publish at least once for

6   three successive weeks in the Daily Republic (Solano County), a

7   newspaper of general circulation located in the county in which the

8   above-described property was seized, notice of this Order, notice of

9   the Attorney General's (or a designee's) intent to dispose of the

10  property in such manner as the Attorney General may direct, and

11  notice that any person, other than the defendant, having or claiming

12  a legal interest in the above-listed property must file a petition

13  with the Court within thirty (30) days of the final publication of

14  the notice or of receipt of actual notice, whichever is earlier.

15       b.   This notice shall state that the petition shall be for

16  a hearing to adjudicate the validity of the petitioner's alleged

17  interest in the property, shall be signed by the petitioner under

18  penalty of perjury, and shall set forth the nature and extent of the

19  petitioner's right, title or interest in the forfeited property and

20  any additional facts supporting the petitioner's claim and the

21  relief sought.

22       c.   The United States may also, to the extent practicable,

23  provide direct written notice to any person known to have alleged an

24  interest in the property that is the subject of the Order of

25  Forfeiture, as a substitute for published notice as to those persons

26  so notified.

27       5.   If a petition is timely filed, upon adjudication of all

28  third-party interests, if any, this Court will enter a Final Order

2

1   of Forfeiture pursuant to 18 U.S.C. § 2253 in which all interests

2   will be addressed.

3        SO ORDERED this 28th day of March, 2007.

4

5

6

7                                    LAWRENCE K. KARLTON

8                                    SENIOR JUDGE
                                     UNITED STATES DISTRICT COURT

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28