McGREGOR W. SCOTT
United States Attorney
HEIKO P. COPPOLA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2770

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. No. S-06-194-LKK |
| | ) | |
| Plaintiff, | ) | FINAL ORDER OF FORFEITURE |
| | ) | |
| v. | ) | |
| | ) | |
| NABIL A. AL ROWAIS, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

WHEREAS, on March 29, 2007, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253 based upon the plea agreement entered into between plaintiff and defendant Nabil A. Al Rowais forfeiting to the United States the following property:

       a.   A Panasonic video camera, and

       b.   Two pairs of girls underwear.

AND WHEREAS, on April 13, 20, and 27, 2007, the United States published notification of the Court's Preliminary Order of Forfeiture in the <u>Daily Republic</u> (Solano County), a newspaper of general circulation located in the county in which the subject property was seized.  Said published notice advised all third

1 parties of their right to petition the court within thirty (30) days
2 of the publication date for a hearing to adjudicate the validity of
3 their alleged legal interest in the forfeited property;
4     AND WHEREAS, the Court has been advised that no third party has
5 filed a claim to the subject property, and the time for any person
6 or entity to file a claim has expired.
7     Accordingly, it is hereby ORDERED and ADJUDGED:
8     1.  A Final Order of Forfeiture shall be entered forfeiting to
9 the United States of America all right, title, and interest in the
10 above-listed property pursuant to 18 U.S.C. § 2253, to be disposed
11 of according to law, including all right, title, and interest of
12 Nabil A. Al Rowais.
13    2.  All right, title, and interest in the above-described
14 property shall vest solely in the name of the United States of
15 America.
16    3.  The Bureau of Customs and Border Protection shall maintain
17 custody of and control over the subject property until it is
18 disposed of according to law.
19    SO ORDERED THIS 5th day of June, 2007.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT